Wisconsin Court System - unexpected error

skip navigation

contact the court
directories
employment
news

 about the courts
 case search
 opinions
 rules 
 forms
 services 
 eFile / eCourts 
 publications
 
 
 
 
 
 
 
 

overview
supreme court
court of appeals
circuit courts
municipal courts
administrative offices
committees and boards
programs
educational resources
history

 
 
 

circuit court
supreme court pending
supreme court and 
  court of appeals

 

supreme court
court of appeals

 

supreme court
circuit court

 

circuit court
court of appeals
office of lawyer regulation
board of bar examiners

 

for the public
for jurors
for attorneys
for judges
for commissioners
for interpreters
for volunteers
for veterans

 

pay fees/fines
online forms assistant
online juror services
circuit court eFiling
appellate court eFiling
cle reporting

 

guides
reports
fees and forfeitures
newsletters
speeches
statistics

 
 
 
 
 home > error
 Unexpected error

 We're sorry! The following unexpected error has occurred. If you continue to receive the same error on the Wisconsin Court System Internet site, please e-mail us and let us know so we can fix the problem.
 
 

 Class:  class gov.wicourts.ccap.web.pub.scca.DisplayDocumentException
Message:  This document is not viewable because it has not been certified.
 To find what you are looking for use the site search above.
 Or choose from the following categories:
 About the courts
 Case search
 Opinions
 Rules
 Forms
 Services
 eCourts
 Publications
 Directories and contacts
 News
 
 
 
a-z index | disclaimer | site help | rss | related sites | court system staff

 Questions about the content of this page? E-mail us.
 Updated: 
 
August 31, 2011